1
2
3
4
5
6
7
8
9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   ROBERT TARTER, dba B&B,           )
     CONSTRUCTION,                      )        2:06-cv-0901-GEB-KJM
13                                      )
                     Plaintiff,         )
14                                      )
             v.                         )        ORDER CONTINUING STATUS
15                                      )        (PRETRIAL SCHEDULING)
                                        )        CONFERENCE
16   THE UNITED STATES OF AMERICA,      )
                                        )
17                   Defendant.         )
                                        )
18   ─────────────────────────────────

19           The status (pretrial scheduling) conference scheduled in

20   this case for February 12, 2007, is rescheduled to commence at 9:00

21   a.m. on April 9, 2007.  In their joint status report filed January 25,

22   2007, the parties indicate that this case is related to Labor Force

23   Partners, Ltd., et al. v. United States, 06-cv-311-FCD-KJM (E.D.

24   Cal.), which is currently on appeal before the Ninth Circuit (No. 06-

25   16367).  However, counsel have failed to comply with Local Rule 83-123

26   concerning related cases.  It is incumbent on counsel practicing

27   before a federal court to "become familiar with and follow [local]

28   rules applicable to practice in [that] court."  Dela Rosa v.

1

1   Scottsdale Mem'l Health Sys., 136 F.3d 1241, 1244 (9th Cir. 1998).

2   Therefore, counsel shall file documents in compliance with Local Rule

3   83-123 no later than February 26, 2007.

4           IT IS SO ORDERED.

5   Dated:  February 5, 2007

6

7                                          _____
                                           GARLAND E. BURRELL, JR.
8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28