1  McGREGOR W. SCOTT
   United States Attorney
2
   G. PATRICK JENNINGS
3  JUSTIN S. KIM
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:     (202) 307-6648
6  Telephone:     (202) 307-0977
   Facsimile:     (202) 307-0054
7  E-mail:        guy.p.jennings@usdoj.gov
   E-mail:        justin.s.kim@usdoj.gov
8
   Attorneys for United States of America
9

10             IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12  ROBERT TARTER, dba B&B                    Civil No. 06-cv-0901-GEB-KJM
    CONSTRUCTION
13                    Plaintiff,

14         v.                                 **STIPULATION AND [PROPOSED] ORDER
                                              FOR EXTENSION OF TIME TO
15  THE UNITED STATES OF AMERICA,             COMPLETE DISCOVERY (FIRST
                                              REQUEST)**
16                    Defendant.

17

18

19        Plaintiff, Robert Tarter, dba B&B Construction, and Defendant, the United States, through

20  undersigned counsel move jointly to request a 45-day extension of time to complete fact discovery in this

21  matter and stipulate as follows:

22        1.      The parties have completed all anticipated written discovery and taken all but two of the

23  depositions necessary to prepare this case for trial.  Under the Court's Scheduling Order, the discovery

24  cut-off date is November 30, 2007.

25        2.      Mr. Tarter testified at his deposition on November 9, 2007, that he relied on legal advice

26  from two attorneys who represented a third-party.  Counsel for the United States has contacted these two

27  witnesses about giving deposition testimony, but given the short notice and the holiday travel schedules

28  of counsel and the witnesses, the parties have been unable to set these final two depositions before the

                                            1

1   discovery cut-off date.  The testimony of these two witnesses is critical to the case because the primary

2   issue in dispute by the parties is regarding the statute of limitations defense and whether Mr. Tarter filed a

3   false or fraudulent return with the intent to evade tax or otherwise engaged in a willful attempt in any

4   manner to defeat or evade tax.  See 26 U.S.C. § 6501(c).  Thus, Plaintiff's non-privileged conversations

5   with attorneys are relevant to whether he had an intent to evade tax or made a willful attempt to defeat or

6   evade tax.

7          3.      A 45-day extension of discovery would not require extensions of the other deadlines,

8   including the dispositive motion hearing deadline, in the Court's Scheduling Order because the parties

9   agree that this case cannot be resolved on summary judgment.  Genuine issues of material fact involving

10   Mr. Tarter's intent and willfulness in engaging the employee leasing arrangement preclude summary

11   judgment.  Therefore, the parties will not be filing dispositive motions.

12          4.      For the reasons stated above, the parties respectfully request a 45-day extension of time to

13   complete two depositions.

14                                                      Respectfully submitted,

15                                                      McGREGOR W. SCOTT
                                                        United States Attorney
16

17   Dated:  November 16, 2007              /s/ Justin S. Kim
                                                        JUSTIN S. KIM
18                                                      Trial Attorney, Tax Division
                                                        U.S. Department of Justice
19                                                      Attorneys for the United States of America

20

21   Dated:  November 16, 2007              /s/ Eric Johnson[1]
                                                        ERIC JOHNSON, Esq.
22                                                      Attorney for Robert Tarter

23

24

25

26

27

28

          [1] Signature on file with counsel for the United States.

Civil No. 2:06-CV-00901-GEB-KJM                2                Stipulation and Proposed Order re Extension

1

**ORDER**

2      Based on the stipulation of the parties and good cause shown, the Court grants a 45-day extension

3  of time to complete discovery in this matter.  All discovery shall be completed by January 14, 2008.

4  IT IS SO ORDERED.

5

Dated:  November 27, 2007

6

7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**CERTIFICATE OF SERVICE**
   IT IS HEREBY CERTIFIED that service of the foregoing has been made this 16th day of
2  November, 2007, by depositing true and correct copies thereof in the United States mail, postage prepaid,
   addressed to:
3       ERIC JOHNSON
        1670 S. Robert Street #358
4       West St. Paul, MN 55118

5       RICHARD TODD LUOMA
        3600 American River Drive, Suite 135
6       Sacramento, CA 95864

7

8                                              /s/ Justin S. Kim
                                               JUSTIN S. KIM
9                                              Trial Attorney, Tax Division
                                               U.S. Department of Justice
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28