McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 307-6648
Telephone:	(202) 307-0977
Facsimile:	(202) 307-0054
E-mail:	guy.p.jennings@usdoj.gov
E-mail:	justin.s.kim@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TARTER, dba B&B CONSTRUCTION<br>             Plaintiff,<br><br>             v.<br><br>THE UNITED STATES OF AMERICA,<br><br>             Defendant. | Civil No. 06-cv-0901-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE** |

      Plaintiff, Robert Tarter, dba B&B Construction, and Defendant, the United States, through undersigned counsel move jointly to request a continuance of the Final Pretrial Conference now set before the Court on March 17, 2008, based on the following:

      1.      The parties have been engaged in settlement negotiations of this case since the close of discovery.  As a result of these negotiations, Mr. Tarter submitted a formal offer of settlement to the United States on February 29, 2008.  This settlement offer will be processed pursuant to the applicable settlement procedures of the Department of Justice, Tax Division.

      2.      As part of the Tax Division's settlement procedures, Mr. Tarter has agreed to submit under penalty of perjury Internal Revenue Service Form 433-A, Collection Information Statement for

1  Wage Earners and Self-Employed Individuals, detailing his financial situation.  This form will help the
2  United States determine whether the offer of settlement should be accepted.
3       3.     The parties hereby request a continuance of the Final Pretrial Conference in this matter to
4  April 28, 2008, to give Mr. Tarter time to complete Form 433-A and to allow the United States to
5  evaluate his offer of settlement based on the information provided.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  March 4, 2008                         /s/ Justin Kim
                                              JUSTIN S. KIM
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Attorneys for the United States of America

Dated:  March 4, 20008                        /s/  Eric Johnson
                                              ERIC JOHNSON, Esq.
                                              Attorney for Robert Tarter

**ORDER**

Based on the stipulation of the parties and good cause shown, the Court grants a continuance of the Final Pretrial Conference, now set on March 17, 2008, in the above-referenced matter. The Final Pretrial Conference is hereby reset for 1:30 p.m. on April 28, 2008. The parties shall submit a joint pretrial statement no later than 7 days prior to the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 5th day of March, 2008, by depositing true and correct copies thereof in the United States mail, postage prepaid, addressed to:

ERIC JOHNSON
1670 S. Robert Street #358
West St. Paul, MN 55118

RICHARD TODD LUOMA
3600 American River Drive, Suite 135
Sacramento, CA 95864

/s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice