1  BENJAMIN B. WAGNER
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorneys, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
5  Telephone:  (202) 307-6648
   Telephone:  (202) 307-0977
6  Facsimile:  (202) 307-0054
   E-mail:     guy.p.jennings@usdoj.gov
7
   Attorneys for United States of America
8

**FILED**

DEC -1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11  ROBERT TARTER, dba B&B              Civil No. 06-CV-0901-GEB-KJM
    CONSTRUCTION
12              Plaintiff,
                                        **JUDGMENT IN A CIVIL CASE**
13       v.

14  THE UNITED STATES OF AMERICA,

15              Defendant.

16

17

18       The parties, plaintiff, Robert Tarter, dba B&B Construction, and defendant, the United

19  States, have stipulated to entry of judgment. In accordance with that stipulation,

20  **IT IS ORDERED THAT:**

21  1.   Plaintiff obtained a discharge in his bankruptcy proceeding and therefore the automatic

22  stay provision under 11 U.S.C. § 362 no longer applies to this case;

23  2.   Plaintiff did not discharge in bankruptcy the liability set forth below;

24  3.   Plaintiff waived his defense that the assessment of the tax liability at issue in the United

25  States' counterclaim in this case was untimely under the applicable statute of limitations;

26  4.   Plaintiff's complaint for tax refund in the above-referenced case is dismissed with

27  prejudice;

28

1  5.     Judgment is hereby entered in favor of the United States and against Robert Tarter on
2  the United States' counterclaim, that counterclaim-defendant Robert Tarter is indebted to the
3  United States in the amount of $740,829.63, for unpaid employment tax and accrued interest
4  for B&B Construction for the tax period ending December 31, 2000, plus statutory interest
5  accruing from April 16, 2010, pursuant to 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c)(1)
6  until the judgment is paid; and

7  5.     Each party will bear its own costs and fees.

8  **IT IS SO ORDERED.**

10  Dated: 12-1-10

GARLAND E. BURRELL,
United States District Judge

BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6648
Facsimile:  (202) 307-0054
E-mail:  guy.p.jennings@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT TARTER, dba B&B CONSTRUCTION<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | Civil No. 06-CV-0901-GEB-KJM<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

IT IS HEREBY CERTIFIED that service of the foregoing

**1.   STIPULATION FOR ENTRY OF JUDGMENT**

**2.   [proposed] JUDGMENT IN A CIVIL CASE**

**3.   CERTIFICATE OF SERVICE**

has been made this 30th day of November, 2010, by ECF email notification to:

    ERIC JOHNSON
    26 East Exchange Street, Suite 401
    St. Paul, MN 55101

    RICHARD TODD LUOMA
    3600 American River Drive, Suite 135
    Sacramento, CA 95864

                            /s/ G. Patrick Jennings
                            G. PATRICK JENNINGS